RHODES *v.* THE STATE.

BECK, P. J.  1. The constitutional questions raised in this case by the plaintiff in error are decided adversely to his contentions, in the case of *Williams* v. *State*, ante, 327 (133 S. E. 843).

2. Under the evidence in the case there was no abuse of discretion on the part of the court in revoking the parole of the accused.

                        *Judgment affirmed.  All the Justices concur.*

No. 5210.  SEPTEMBER 11, 1926.

Certiorari.  Before  Judge  Franklin.  Richmond  superior  court. September 26, 1925.

*Hammond & Kennedy* and *Pierce Brothers,* for plaintiff.

*W. Inman Curry, solicitor,* and *George Haines, solicitor-general,* contra.

---

Constitutional Law, 12 C. J. p. 896, n. 34; p. 1187, n. 42; p. 1208, n. 56.